UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:15-cr-00154-JAW |
| | ) | |
| JACK PALMER | ) | |

## JURY SPECIAL VERDICT FORM

**FORFEITURE**

We, the Jury, return the following Special Verdict:

1. We, the Jury, unanimously find by a preponderance of the evidence that the following personal property was used to commit, or to facilitate the commission of, the crime of Possession of Child Pornography charged in Count One of the Indictment:

   A. One (1) Dell laptop computer with serial number GNN5P81.
   YES ✓   NO_____

   B. One (1) 60 gigabyte Hitachi hard drive with serial number MPB3PAX5HKKT0G.
   YES ✓   NO_____

*Please sign and date the form.*    Original on file with the Clerk's Office

Dated: 9-13-16

Jury Foreperson